# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19-54613-PMB |
| TANYETTA LATRICE ARNOLD ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

## MOTION TO ALLOW COMPROMISE OF CLAIM AND
## APPLICATION FOR COMPENSATION OF COUNSEL

COMES NOW THE DEBTOR in the above-styled Chapter 13 case, by and through counsel, and files this "Motion to Allow Compromise of Claim and Application for Compensation of Debtor's Counsel ("Motion") pursuant to 11 U.S.C. § 329, showing to this Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. § 1334, 28 U.S.C. § 151, and 28 U.S.C. § 157.

2.

This Court is the proper venue for this matter pursuant to 28 USC § 1409.

3.

This matter is a core proceeding within the contemplation of 28 U.S.C. § 157.

4.

Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code March 24, 2019 and is eligible for relief under 11 U.S.C. § 109.

5.

By Order of this Court dated January 2, 2020 (Docket 46), Berry & Associates ("Special Counsel") was approved to act as Special Counsel to the Debtor for the purpose of pursuing claims for violations of several Consumer Protection Statues including the Fair Debt Collection Practices

Act (15 U.S.C. § 1692 et seq.) and the Georgia Fair Business Practices Act (O.C.G.A. § 10-1-399 et seq). Specifically, after reviewing its proof of claim in conjunction with Debtor's credit report and the origins of the debt Special Counsel believes that Hunter Warfield, Inc. has made objectively false and materially misleading representations in an effort to disguise the nature and composition of the debt under collection thus violating 15 U.S.C. §1692e et seq.

6.

Debtor's counsel prepared and filed an action against Hunter Warfield, Inc. ("Warfield") setting forth detailed claims for alleged violations of the Fair Debt Collection Practices Act (15 U.S.C. § 1692 et seq.) and the Georgia Fair Business Practices Act (O.C.G.A. § 10-1-399 et seq). The case was filed on May 9, 2019 in the United States District Court for the Northern District of Georgia, Atlanta Division, case number 1:19-cv-02116-CC (the "Lawsuit").

7.

Warfield denies any and all liability as to the Debtor's claim.

8.

Under 15 U.S.C. § 1692k, a plaintiff may recover actual damages, statutory damages not exceeding $1,000, the costs of the action, and reasonable attorney's fees. Statutory damages are determined by the court which is to consider factors including the frequency and persistence of noncompliance with the Act by the debt collector, the nature of such noncompliance, and the extent to which such noncompliance was intentional. 15 U.S.C. § 1692(a). Proof of actual damages is not a prerequisite for the recovery of statutory damages under the FDCPA. *See, Harper v. Better Bus. Serv.*, Inc., 961 F.2d 1561 (11th Cir. 1992). Under O.C.G.A. § 10-1-399, a plaintiff may recover actual damages, the costs of the action, and reasonable attorney's fees; if an intentional violation is found, then treble damages are mandatory and exemplary damages are permissible. *See, Colonial Lincoln-Mercury Sales, Inc. v. Molina*, 152 Ga. App. 379, 382, 262 S.E.2d 820, 823 (1979).

9.

Debtor has reached a settlement agreement to resolve the Debtor's claims against Warfield which embodies the following terms:

a) Warfield will refrain from seeking collection of the debt in any manner regardless of whether the Debtor ultimately receives a discharge.;

b) Warfield will delete Defendant's tradeline from Debtor's consumer reports; and,

c) Warfield shall make a total payment of $3,250.00, which is comprised of the payments described below.

10.

The proposed settlement amount in Paragraph 9 includes payment of $1,000.00 to Debtor in addition to the other terms detailed in Paragraph 9. The Debtor proposes to retain this amount of the settlement for reasonable and necessary expenses.

11.

The proposed settlement amount in Paragraph 9 also includes payment of attorney fees and costs to Special Counsel in the amount of $2,250.00 in accordance with the fee shifting provision of 15 U.S.C. § 1692(k)(3). An award of reasonable attorney fees is not a discretionary act under § 1692k(a). The Act mandates an award of attorney's fees as a means of fulfilling Congress's intent that the Act should be enforced by debtors acting as private attorneys general. *Graziano v. Harrison*, 950 F.2d 107, 113 (3d Cir. 1991), citing *DeJesus v. Banco Popular de Puerto Rico,* 918 F.2d 232, 235 (1st Cir. 1990). See also, *Martinez v. Law Offices of David J. Stern, P.A. (In re Martinez)*, 266 B.R. 523 (Bankr. S.D. Fla. 2001); *Baker v. G.C. Services Corp.*, 677 F.2d 775, 780 (9th Cir. 1982); *Whatley v. Universal Collection Bureau Inc.*, 525 F. Supp. 1204, 1206 (N.D. Ga. 1981). Special Counsel's billing records are attached hereto as Exhibit 1.

12.

It is the opinion of Debtor's counsel that the terms of the proposed settlement represent the maximum likely recovery under the facts of the case.

13.

The Debtor and her counsel contend that the fees and costs being paid by Warfield are reasonable under the circumstances of the case including the amount of time and effort put into the matter, the nature of the claim, the tangible and intangible results obtained, and the experience and expertise of Special Counsel.

WHEREFORE, Debtor prays:

(a) That this Motion be filed, read, and considered;

(b) That this Honorable Court grant this Motion; and,

(c) That this Honorable Court grant such further relief as it may deem just and proper.

Respectfully submitted,

/s/
Carrie Oxendine
GA Bar No. 141478
Attorney for Debtor
BERRY AND ASSOCIATES
2751 Buford Hwy, Suite 600
Atlanta, GA 30324
(404) 235-3300
Carrie@mattberry.com

**EXHIBIT 1**



| | |
|---|---|
| Phone | (404) 235-3300 |
| Toll-free | (800) 720-8620 |
| Fax | (404) 235-3333 |

March 31, 2020

Tanyetta Arnold
2738 Elkhorn Drive
Decatur, Georgia
30034

| | |
|---|---|
| File #: | 19-12159 |
| Inv #: | Settle |

RE:   Arnold, Tanyetta v. Hunter Warfield

**STATEMENT OF ACCOUNT**

**PLEASE RETAIN THIS STATEMENT FOR TAX PURPOSES**

| Date | Description | Staff | Rate | Hours | Amount |
|---|---|---|---|---|---|
| May-01-19 | Review FDCPA 11 USC 1692 et seq for applicability to Defendant's conduct | PSIE | $400.00 | 1.00 | $400.00 |
| May-01-19 | Research defendant's business re: FDCPA and business structure through secretary of state records and prior/collateral litigation | PSIE | $400.00 | 0.70 | $280.00 |
| May-01-19 | Review defendant's proof of claim conjunction with the Georgia Fair Business Practices Act, O.C.G.A. 10-1-399 et seq. | PSIE | $400.00 | 0.70 | $280.00 |
| May-01-19 | Investigate Defendant company to determine if Safe Harbor notice under the GFPBA is reuired | PSIE | $400.00 | 0.50 | $200.00 |
| May-02-19 | Review applicable case law and precedent regarding nonconforming Proof of Claim and compare to facts of current case | PSIE | $400.00 | 1.70 | $680.00 |

| Date | Description | Type | Rate | Hours | Amount |
|---|---|---|---|---|---|
| May-09-19 | Review file, draft multi-count, two party complaint with 110+ enumerations of fact and law; prepare exhibits for inclusion; file with District Court | PSIE | $400.00 | 7.25 | $2,900.00 |
| May-09-19 | Prepare Filing and Service Packages (Notice, Waiver, Complaint) and serve on Defendants via US Mail | PARA | $175.00 | 0.40 | $70.00 |
| May-10-19 | Draft and File Certificate of Interested Persons | PSIE | $400.00 | 0.50 | $200.00 |
| May-29-19 | Review file in detail, draft and email settlement proposal to Hunter Warfield | PSIE | $400.00 | 0.30 | $120.00 |
| Jun-20-19 | Review file in detail, negotiate general terms of settlement with Hunter Warfield | PSIE | $400.00 | 0.35 | $140.00 |
| Jun-28-19 | Review and approve Hunter Warfield settlement agreement terms | PSIE | $400.00 | 0.55 | $220.00 |

Total time and fees:                                                         13.95         $5,490.00

**Disbursements**

Filing Fee                                                    $400.00

Total disbursements:                                                                          $400.00

**Total Fees & Disbursements**                                                              **$5,890.00**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 19-54613-PMB |
| TANYETTA LATRICE ARNOLD ) | |
| ) | CHAPTER 13 |
| Debtor. ) | |

**NOTICE OF ASSIGNMENT OF HEARING**

**PLEASE TAKE NOTICE** that the above referenced Debtor has filed a "Motion to Allow Compromise of Claim and Application for Compensation of Special Counsel" ("Motion") and related papers with the Court seeking an order on the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in Courtroom 1202, United States Courthouse, 75 Ted Turner Drive SW, Atlanta, Georgia, on **June 11, 2020** at **10:00 a.m.**

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.

Dated: April 3, 2020

*[Signature Appears on Following Page]*

/s/
Carrie Oxendine
GA Bar No. 141478
Attorney for Debtor
BERRY AND ASSOCIATES
2751 Buford Hwy, Suite 600
Atlanta, GA 30324
(404) 235-3300
Carrie@mattberry.com

## CERTIFICATE OF SERVICE

      This is to certify under penalty of perjury that I am over the age of 18 and that on this day I served the following parties with a copy of the attached pleadings by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Melissa J. Davey
Chapter 13 Trustee
260 Peachtree Street
Suite 200
Atlanta, GA 30303

Tanyetta L. Arnold
2738 Elkhorn Drive
Decatur, GA 30034

US Trustee
362 Richard Russell Building
75 Ted Turner Dr.
Atlanta, GA  30303

(Plus all Creditors on attached Creditor Mailing Matrix)

    This 3rd day of April, 2020.

                                                /s/
                                          Carrie Oxendine
                                          GA Bar No. 141478
                                          Attorney for the Debtor

BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 19-54613-pmb<br>Northern District of Georgia<br>Atlanta<br>Fri Apr  3 14:42:54 EDT 2020 | (p)1ST FRANKLIN FINANCIAL CORPORATION<br>PO BOX 880<br>TOCCOA GA 30577-0880 | 1st Franklin Financial Corporation<br>Attn: Administrative Services<br>PO Box 880<br>Toccoa, GA 30577-0880 |
| Tanyetta Latrice Arnold<br>2738 Elkhorn Dr.<br>Decatur, GA 30034-2822 | (p)AUTOMOBILE ACCEPTANCE CORPORATION<br>PO BOX 961926<br>RIVERDALE GA 30296-6914 | Matthew Thomas Berry<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway, NE<br>Atlanta, GA 30324-5457 |
| Berry & Associates<br>2751 Buford Highway, Suite 600<br>Atlanta, GA 30324-5457 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | (p)CHESTERFIELD FINANCE OF GEORGIA<br>45A WALTON STREET NW<br>ATLANTA GA 30303-2310 |
| Credit One Bank<br>ATTN: Bankruptcy Department<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | (p)DELTA COMMUNITY CREDIT UNION<br>PO BOX 20541<br>ATLANTA GA 30320-2541 | Melissa J. Davey<br>Melissa J. Davey, Standing Ch 13 Trustee<br>Suite 200<br>260 Peachtree Street, NW<br>Atlanta, GA 30303-1236 |
| Melissa J. Davey<br>Office of Melissa J. Davey<br>Standing Chapter 13 Trustee<br>Suite 200<br>260 Peachtree Street, NW<br>Atlanta, GA 30303-1236 | Easy Rental<br>4910 Memorial Dr<br>Stone Mountain GA 30083-4148 | Emory Federal Cu<br>1237 Clairmont Rd<br>Attn. Corlis Huley<br>Decatur, GA 30030-1229 |
| Exeter Finance Corp<br>PO Box 166008<br>Irving, TX 75016-6008 | Exeter Finance LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Hunter Warfield<br>4620 Woodland Corporate Blvd.<br>Tampa, FL 33614-2415 |
| Justrighauto<br>3280 Commerce Ave<br>Duluth, GA 30096-4711 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Mcintoshfin<br>6740 Shannon Pkwy<br>Union City, GA 30291-2057 |
| Titus T Nichols<br>Crowther Law Firm, P.C.<br>Resurgens Plaza<br>945 East Paces Ferry Rd, Suite 2600<br>Atlanta, GA 30326-1379 | Nissan Motor Acceptance<br>Attn: Bankruptcy Dept<br>PO Box 660360<br>Dallas, TX 75266-0360 | Carrie L Oxendine<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway NE<br>Atlanta, GA 30324-5457 |
| Prestige Financial Svc<br>Attn: Bankruptcy<br>351 W Opportunity Way<br>Draper, UT 84020-1399 | Susan H. Senay<br>Matthew T. Berry & Associates<br>Suite 600<br>2751 Buford Highway NE<br>Atlanta, GA 30324-5457 | The Lexington Apartment / MMG Management<br>c/o Hunter Warfield<br>4620 Woodland Corporate Blvd<br>Tampa, FL 33614-2415 |
| The Lexington Apartments<br>3073 Washington Rd.<br>East Point, GA 30344-4597 | United Auto Acceptance<br>ATTN: Bankruptcy Dept.<br>P.O. Box 926<br>Morrow, GA 30260-0926 | Wollemi Acquisitions, LLC<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |

```
Wollemi Acquisitions, LLC              Wollemi Acquisitions, LLC c/o AIS Portfolio    World Acceptance/Finance Corp
c/o AIS Portfolio Services, LP         4515 N Santa Fe Ave. Dept. APS                 Attn: Bankruptcy
4515 N Santa Fe Ave. Dept. APS         Oklahoma City, OK 73118-7901                   PO Box 6429
Oklahoma City, OK 73118-7901                                                          Greenville, SC 29606-6429


World Finance Corp/World Acceptance
Attn: Bankruptcy
PO Box 6429
Greenville, SC 29606-6429
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
1st Franklin Financial                 Automobile Acceptance                          Chesterfield Finance
135 E Tugalo Street                    Attn: Bankruptcy                               45-A Walton Street NW
Toccoa, GA 30577                       PO Box 961926                                  Atlanta, GA 30303
                                       Riverdale, GA 30296


DELTA COMMUNITY CREDIT UNION           (d)Time Finance
P.O. BOX 20541                         45-B Walton Street
ATLANTA, GA  30320-2541                Atlanta GA 30303
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Exeter Finance LLC                  End of Label Matrix
4515 N Santa Fe Ave. Dept. APS         Mailable recipients    33
Oklahoma City, OK 73118-7901           Bypassed recipients     1
                                       Total                  34
```